UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>                    Petitioner,<br><br>    vs.<br><br>THE FREMONT-RIDEOUT HEALTH GROUP d/b/a FREMONT MEDICAL CENTER AND RIDEOUT MEMORIAL HOSPITAL,<br>                    Respondent. | Civil No. 2:09-CV-00623-FCD-DAD<br><br>STIPULATION AND ORDER FOR SHORTENING TIME |

The undersigned parties do hereby stipulate that the hearing on the petition for injunctive relief pursuant to Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. Sec. 160(j), shall be heard before the Court on **April 7, 2009 at 10:00 AM**. The undersigned parties further stipulate that Respondent shall file its opposition brief no later than March 19, 2009, and that Petitioner shall file its Reply Brief, if any, no later than March 23, 2009.

Stipulation and Order for Shortening Time
Page 1

| /s/ Cecily A. Vix | Date: 3/5/09 |
|---|---|

Cecily A. Vix  
Counsel for Petitioner  
NATIONAL LABOR RELATIONS BOARD

| /s/ Laurence R. Arnold | Date: 3/5/09 |
|---|---|

Laurence R. Arnold  
Counsel for Respondent  
Fremont-Rideout Health Group

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/ Cecily A. Vix  
Counsel for Petitioner  
NATIONAL LABOR RELATIONS BOARD

IT IS SO ORDERED:

Dated: March 6, 2009

FRANK C. DAMRELL, JR.  
UNITED STATES DISTRICT JUDGE