# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>THE FREMONT-RIDEOUT HEALTH GROUP d/b/a FREMONT MEDICAL CENTER AND RIDEOUT MEMORIAL HOSPITAL,<br>Respondent. | Civil No. 2:09-cv-0623 FCD DAD<br><br>AMENDED STIPULATION AND ORDER FOR SHORTENING TIME |

The undersigned parties do hereby stipulate that the hearing on the above-captioned petition for injunctive relief pursuant to Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. Sec. 160(j), shall be heard before the Court on **April 7, 2009 at 10:00 AM**. The undersigned parties further stipulate that Respondent shall file its Answer to the Petition and Opposition Brief no later than March 23, 2009, and that Petitioner shall file its Reply Brief, if any, no later than March 30, 2009.

Respondent, through its counsel, hereby waives person service upon Respondent and authorizes service on Respondent of the Petition and all other documents filed by Petitioner in this matter by delivery to Laurence R. Arnold, counsel for Respondent.

/S/ Cecily A. Vix                                        Date:   3/5/09
Cecily A. Vix
Counsel for Petitioner
NATIONAL LABOR RELATIONS BOARD


/s/ Laurence R. Arnold                                   Date:   3/5/09
Laurence R. Arnold
Counsel for Respondent
Fremont-Rideout Health Group

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/ Cecily A. Vix
Counsel for Petitioner
NATIONAL LABOR RELATIONS BOARD

IT IS SO ORDERED:

Dated: March 6, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE