# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. NORELLI, Regional Director Of Region 20 Of The National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>THE FREMONT-RIDEOUT HEALTH GROUP d/b/a FREMONT MEDICAL CENTER AND RIDEOUT MEMORIAL HOSPITAL,<br><br>Respondent. | Case No: 2:09-cv-00623-FCD-DAD<br><br>**ORDER GRANTING RESPONDENT FREMONT-RIDEOUT HEALTH GROUP D/B/A FREMONT MEDICAL CENTER AND RIDEOUT MEMORIAL HOSPITAL'S APPLICATION TO SHORTEN TIME FOR HEARING RESPONDENT'S MOTION FOR STAY**<br><br>Honorable Frank C. Damrell, Jr. |

Having reviewed the Application of Respondent Fremont-Rideout Health Group d/b/a Fremont Medical Center And Rideout Memorial Hospital ("Respondent") To Shorten Time For Hearing Respondent's Motion For Stay of the District Court's Order dated April 7, 2009, granting Petitioner's request for a preliminary injunction under Section 10(j) of the National Labor Relations Act, the Court hereby orders as follows:

Respondent Fremont-Rideout Health Group d/b/a Fremont Medical Center And Rideout Memorial Hospital's Application is GRANTED. The hearing on Respondent's Motion For Stay of the District Court's Order dated April 7, 2009, granting Petitioner's request for a preliminary

1 | injunction under Section 10(j) of the National Labor Relations Act, shall be heard before the
2 | Court, if necessary, on April 24, 2009 at 10:00 AM . The Court further orders that Petitioner
3 | shall file its Opposition Brief, if any, no later than April 17, 2009 by 4:00 PM, and that
4 | Respondent shall file its Reply Brief, if any, no later than April 20, 2009 by 4:00 PM.

IT IS SO ORDERED:

Dated: April 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2
ORDER GRANTING RESPONDENT'S APPLICATION TO SHORTEN TIME
CASE NO. 2:09-CV-00623-FCD-DAD